United States District Court
Southern District of Texas
**ENTERED**
December 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YERO PACK, | § | |
| Plaintiff, | § § § | |
| | § | C.A. No. 4:17-cv-02057 |
| v. | § § | |
| HARSCO INDUSTRIAL-IKG, | § § | |
| Defendant. | § | (JURY TRIAL DEMANDED) |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), stating that the parties have settled their dispute, the Court ORDERS that this case is DISSMISSED with prejudice, with each party to bear its own costs and attorneys' fees.,

SIGNED at Houston, Texas, this 19th day of December 2017.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE